McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRACY CARDINALE,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:17-cv-0788-BAM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) and direct him or her to re-evaluate the medical source opinions, including that of Anne Gasior, M.D. It will also direct the ALJ to take further action,

STIPULATION TO REMAND

as warranted, to complete the administrative record resolving the above issue, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 8th day of January, 2018

        /s/ Brian C. Shapiro*
        BRIAN C. SHAPIRO
        Attorney for Plaintiff
        *Authorized by email on Jan. 8, 2018

        McGREGOR W. SCOTT
        United States Attorney
        DEBORAH LEE STACHEL
        Regional Chief Counsel, Region IX
        Social Security Administration

By:    /s/ Ellinor R. Coder
        ELLINOR R. CODER
        Special Assistant United States Attorney

        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS SO ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **January 9, 2018**        /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE