Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tracy Cardinale

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CARDINALE,<br><br>    Plaintiff,<br><br> vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00788-BAM<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

   TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

   IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Tracy Cardinale be awarded attorney fees in the amount of ONE THOUSAND SIX HUNDRED FIFTY dollars ($1,650.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Tracy Cardinale, the government will consider the matter of Tracy Cardinale's assignment of EAJA fees to Brian C. Shapiro. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Tracy Cardinale, but if the Department of the Treasury determines that Tracy Cardinale does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Tracy Cardinale.[1] Any payments made shall be delivered to Brian C. Shapiro.

This stipulation constitutes a compromise settlement of Tracy Cardinale's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Tracy Cardinale and/or Brian C. Shapiro including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Brian C. Shapiro and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

DATE: January 18, 2018          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*

BY:_____
Brian C. Shapiro
Attorney for plaintiff Tracy Cardinale

DATED: January 18, 2018          McGREGOR W. SCOTT
United States Attorney

/s/ *Ellinor Coder*

_____
ELLINOR CODER
Special Assistant United States Attorney
Attorneys for Defendant NANCY A.
BERRYHILL, Acting Commissioner of Social
Security (Per e-mail authorization)

## ORDER

Based upon the parties' stipulation for the award and payment of attorney

fees under the Equal Access to Justice Act filed on January 18, 2018, IT IS

HEREBY ORDERED that fees in the amount of one thousand six hundred fifty

dollars ($1,650.00) as authorized by 28 U.S.C. § 2412, be awarded subject to the

terms of the stipulation.
IT IS SO ORDERED.

Dated:   **January 19, 2018**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE